HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON GARRETT DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0371 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JASON GARRETT DURAN, | |
| Defendant. | Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Garrett Duran, and plaintiff, United States of America, that a status conference may be scheduled for June 20, 2013, at 9:30 a.m.

After this case was reassigned from Judge Mueller the existing conference date of May 8, 2013, was vacated. The parties agree that a new status conference should be scheduled before Judge Nunley but they seek additional time to complete their review of the case and other records bearing on possible resolutions. Consequently, the parties agree

1  that the interests of justice outweigh the best interests of the public
2  and Mr. Duran in a speedy trial and ask the Court to exclude time under
3  the Speedy Trial Act from the date of this order through June 20, 2013,
4  pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
5  (B)(iv), in order to afford counsel adequate time to review and assess
6  the case and to commence negotiations, if appropriate.

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: May 6, 2013                      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JASON GARRETT DURAN

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: May 6, 2013                      /s/  T. Zindel for K. Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

**O R D E R**

A status conference is hereby scheduled for June 20, 2013, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 14, 2013

_____
Troy L. Nunley
United States District Judge