HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON GARRETT DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> JASON GARRETT DURAN,  <br>  Defendant. | No. 2:12-CR-0371 TLN  <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**  <br><br> Date: June 20, 2013  <br> Time: 9:30 a.m.  <br> Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Garrett Duran, and plaintiff, United States of America, that the status conference scheduled for June 20, 2013, may be rescheduled for August 8, 2013, at 9:30 a.m.

The parties seek additional time to complete their review of the case and of records bearing on possible resolutions. At present, defense counsel intends to provide a settlement proposal to the government during the month of July. In order to complete their review and discussions,

the parties agree that the interests of justice outweigh the best interests of the public and Mr. Duran in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through August 8, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 18, 2013          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for JASON GARRETT DURAN


                              BENJAMIN WAGNER
                              United States Attorney

Dated: June 18, 2013          /s/ T. Zindel for K. Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 8, 2013, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 8, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 19, 2013

Troy L. Nunley
United States District Judge

Stip. and Order                -2-