```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JASON GARRETT DURAN
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:12-CR-0371 TLN
                                  )
14            Plaintiff,          )
                                  ) STIPULATION AND ORDER
15       v.                       ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
16  JASON GARRETT DURAN,          )
                                  )
17            Defendant.          ) Date:  August 8, 2013
                                  ) Time:  9:30 a.m.
18  _____) Judge: Hon. Troy L. Nunley

19
```

It is hereby stipulated and agreed between defendant, Jason Garrett Duran, and plaintiff, United States of America, that the status conference scheduled for August 8, 2013, may be rescheduled for October 3, 2013, at 9:30 a.m.

The parties seek additional time to complete their review of the case and of records bearing on possible resolutions. At present, defense counsel has provided a settlement proposal to the government and a counter-proposal is under review, but additional work must be done to determine whether the case may resolve. In order to complete their

review and discussions, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Duran in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through October 3, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 6, 2013 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JASON GARRETT DURAN

BENJAMIN WAGNER
United States Attorney

Dated: August 6, 2013 /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 3, 2013, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 6, 2013

Troy L. Nunley
United States District Judge