HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JASON DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-0371 TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JASON DURAN, | ) |
| Defendant. | ) Date: October 3, 2013<br>) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Duran, and plaintiff, United States of America, that the status conference scheduled for October 3, 2013, may be rescheduled for November 7, 2013, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

The parties are reviewing rival proposals to resolve the case without trial. Defense counsel has been occupied by trial in recent weeks but seeks additional time to compare the rival proposals, review potentially-applicable sentencing guidelines, and to advise Mr. Duran.

In order to complete necessary review and confer with one another, the parties agree that the interests of justice to be served by this continuance outweigh the best interests of the public

-1-

and Mr. Duran in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through November 7, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 1, 2013 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JASON DURAN

BENJAMIN WAGNER
United States Attorney

Dated: October 1, 2013 /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 7, 2013, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 2, 2013

Troy L. Nunley
United States District Judge