| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy.zindel@fd.org |
| 5 | 916-498-5700/Fax 916-498-5710 |
| 6 | Attorney for Defendant |
| | JASON DURAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-0371 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JASON DURAN, | ) | |
| | ) | |
| Defendant. | ) | Date: November 7, 2013 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Duran, and plaintiff, United States of America, that the status conference scheduled for November 7, 2013, may be rescheduled for December 12, 2013, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

The parties have narrowed the issues for decision between them and have made substantial progress toward a resolution, although a final agreement has been delayed by the trial schedules of both counsel. Counsel expect to meet again during November to review materials and resolve remaining issues. The parties further agree that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Duran in a speedy trial. They ask the Court to exclude time under the Speedy Trial Act from the date of this order

-1-

through December 12, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 4, 2013    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JASON DURAN

BENJAMIN WAGNER
United States Attorney

Dated: November 4, 2013    /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 12, 2013, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 5, 2013

Troy L. Nunley
United States District Judge